UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA CASILDA ORELLANA, <br><br> Petitioner, <br><br> v. <br><br> JULIO HERNANDEZ et al., <br><br> Respondents. | CASE NO. 2:26-cv-01167-LK <br><br> ORDER DIRECTING PARTIES TO MEET AND CONFER AND GRANTING TEMPORARY RELIEF PENDING RESPONDENTS' RESPONSE TO PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER |

Petitioner alleges that Respondents unconstitutionally detained her to effect her removal without providing prior notice or a hearing. Dkt. No. 1. On April 7, 2026, Respondents filed a notice "that Petitioner's removal from the United States is imminent." Dkt. No. 10 at 2. Petitioner filed a motion for a temporary restraining order asking the Court to prohibit Respondents from removing her from the United States and to require her return to this District. Dkt. No. 11.

The Court orders as follows:

1. Petitioner's motion for temporary restraining order, Dkt. No. 11, is provisionally GRANTED IN PART pending the Court's decision on the motion. This grant is solely

for the purpose of maintaining the status quo so that the Court may review the merits of the motion after full briefing.

2. Respondents ARE PROHIBITED from removing Petitioner from the United States during the pendency of these proceedings without further order.

3. Petitioner's counsel SHALL immediately contact Respondents' counsel to provide a copy of this Order and to meet and confer on (1) a briefing schedule for the motion for TRO and (2) whether the Government will agree to a stipulated order to not remove Petitioner from the United States during the pendency of this action.

4. If the Parties can agree on a briefing schedule, they SHALL file a stipulated proposed briefing schedule with the Court by April 10, 2026, along with any other stipulations the Parties may agree on for the pendency of this case. If the Parties cannot reach agreement on a briefing schedule, then Respondents SHALL respond to the motion by April 12, 2026; Petitioner's Reply is due by noon on April 14, 2026.

Dated this 9th day of April, 2026.

Lauren King
United States District Judge

ORDER DIRECTING PARTIES TO MEET AND CONFER AND GRANTING TEMPORARY RELIEF PENDING RESPONDENTS' RESPONSE TO PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER - 2